**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
Newport News Division

| | |
|---|---|
| REGINA PATTON, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>NEWPORT NEWS SHIPBUILDING EMPLOYEES' CREDIT UNION, INC. d/b/a BAYPORT CREDIT UNION,<br>    Defendant. | Civil No. 4:23-cv-13-JKW-DEM |

**ORDER**

Upon consideration of the Notice of Settlement in Principle and (Unopposed) Motion to Stay Deadlines (the "Motion"), and for good cause shown, it is hereby ORDERED that:

1. The Motion is GRANTED; and

2. The time for Defendant Bayport Credit Union to file its answer, motion or other response to Plaintiff's Complaint is stayed through June 7, 2023, pending submission and entry of a dismissal Order pursuant to the parties' settlement.

Dated: 5/10/23

/s/ JKW
_____
Jamar K. Walker
United States District Court Judge